**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 20, 2026

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *N.Y. Times Co. v. Dep't of Homeland Security et al.*, No. 26 Civ. 6429 (ER)

Dear Judge Ramos:

This Office represents the defendant agencies in the above-referenced action brought under the Freedom of Information Act ("FOIA"). I write respectfully on behalf of all parties to propose a schedule for the agencies' anticipated productions in this case and to ask the Court to cancel the initial conference scheduled for October 22.

The parties have agreed that the agencies will complete their responses to what the complaint describes as FOIA Requests 1 and 2, *see* Compl. ¶¶ 19-27, by December 17. The parties have also agreed that by November 23, the agencies will complete their searches for FOIA Requests 3-5, *see* Compl. ¶¶ 28-43, and will provide Plaintiffs with the total number of responsive records (or pages of records) that the agencies have located in response to each request. The State Department has further agreed that it will make its first production in response to FOIA Request 3 on December 17. The agencies will propose a processing schedule for the records by November 23. Finally, the parties will submit a joint letter by November 25 setting forth their agreement (or any disagreement) regarding further steps in this litigation.

In light of the agreement described herein, the parties respectfully suggest that an initial conference is not necessary in this case, and ask the Court to cancel it. We thank the Court for its consideration of this proposal.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Telephone: (212) 637-2679
Email: Jean-David.Barnea@usdoj.gov

cc: Counsel for plaintiff (by ECF)